HEATHER E. WILLIAMS, #122664
Federal Defender
RACHELLE BARBOUR, State Bar #185395
Attorney
Designated Counsel for Service
801 "I" Street, 3rd Floor
Sacramento, CA 95814

Attorney for Defendant
JOSE MARTIN RODRIGUEZ-SANCHEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 2:14-CR-00255 GEB |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE |
| v. | |
| JOSE MARTIN RODRIGUEZ-SANCHEZ, | DATE: November 21, 2014<br>TIME: 9:00 a.m. |
| Defendant. | JUDGE: Hon. Garland E. Burrell, Jr. |

It is hereby stipulated and agreed to between the United States of America through Assistant U.S. Attorney NIRAV DESAI, and defendant JOSE MARTIN RODRIGUEZ-SANCHEZ, by and through his counsel, Attorney RACHELLE BARBOUR, that the status conference set for October 31, 2014 be continued to November 21, 2014 at 9:00 a.m.

Specifically, defense counsel needs additional time to review discovery and the draft pre-plea presentence report with the defendant, continue investigating the facts of the case, and to negotiate a resolution to this matter with the government.

//

//

The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161 (h)(7)(A) and (B)(iv) [reasonable time for counsel to prepare] (Local Code T4).

DATED: October 28, 2014                    Respectfully submitted,

                                           HEATHER E. WILLIAMS
                                           Federal Defender

                                           /s/ Rachelle Barbour
                                           RACHELLE BARBOUR
                                           Assistant Federal Defender
                                           Attorney for Defendant
                                           JOSE MARTIN RODRIGUEZ-SANCHEZ

DATED: October 28, 2014                    BENJAMIN B. WAGNER
                                           United States Attorney

                                           /s/ Nirav Desai
                                           NIRAV DESAI
                                           Assistant U.S. Attorney
                                           Attorney for Plaintiff

**O R D E R**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. The Court specifically finds that the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial.

The Court orders that the time from the date of the parties stipulation, up to and including November 21, 2014, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] (Local Code T4).  It is further ordered that the October 31, 2014 status conference shall be continued until November 21, 2014, at 9:00 a.m.

Dated:  October 29, 2014

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge