BENJAMIN B. WAGNER
United States Attorney
NIRAV K. DESAI
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                          Plaintiff,<br><br>     v.<br><br>JOSE MARTIN RODRIGUEZ-SANCHEZ,<br> aka Jose Rodriguez-Sanchez,<br> aka Jose Martin Rodriguez,<br><br>                          Defendant. | CASE NO. 2:14-CR-00255 GEB<br><br>[PROPOSED] ORDER DISMISSING INDICTMENT |

The government's motion to dismiss the Indictment is granted. Fed. R. Crim. P. 48(a). The Indictment filed September 18, 2014, is hereby dismissed without prejudice.

Dated: December 3, 2014

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

[Proposed] Order Dismissing Indictment            1