FILED

DEC 0 5 2014

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:14-cr-00255-GEB |
|---|---|
| Plaintiff, | |
| v. | **RELEASE ORDER** |
| JOSE MARTIN RODRIGUEZ-SANCHEZ, aka Jose Rodriguez-Sanchez, aka Jose Martin Rodriguez | |
| Defendant. | |

TO UNITED STATES MARSHALL:

This Order authorizes and directs you to release JOSE MARTIN RODRIGUEZ-SANCHEZ from custody as soon as practicable.

IT IS SO ORDERED.

Dated: December 5, 2014

_____
GARLAND E. BURRELL, JR.
United States Senior District Judge

file copy — 2 copies to USM

1